IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00189 SBA |
| Plaintiff. | **ORDER** |
| v. | |
| TERRANCE TYRICE THOMAS, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT Magistrate Judge Wayne D. Brazil's order granting pre-trial release ("Order") to defendant Terrance Tyrice Thomas in the above captioned matter is STAYED until this Court issues a ruling in the appeal of the Order.

IT IS SO ORDERED.

Dated: 6/21/06

SAUNDRA BROWN ARMSTRONG
United States District Judge